

**SpencerFane**
Golenbock

Randi Kira Brown, Esq.
212-907-7328
rbrown@spencerfane.com

> Defendant Carrington Mortgage Services LLC's ("Carrington") request to adjourn the settlement conference currently scheduled for February 26, 2026 at 10:00 a.m. ET on the Court's Webex platform (Dkt. No. 27 (the "Conference")) is **GRANTED**. The Conference is **ADJOURNED** to **April 9, 2026 at 10:00 a.m. ET** and will take place <u>by videoconference</u> hosted by the Court on the Webex platform. The Court reminds the parties that given the preliminary settlement agreement between Plaintiff David Scott ("Plaintiff") and Defendant Experian Information Solutions Inc. ("Experian"), (<u>see</u> Dkt. No. 31), Experian is not required to attend the Conference. (Dkt. No. 33).
>
> Further, Plaintiff's deadline to make a settlement demand to Carrington is **EXTENDED** to **March 25, 2026**. Carrington's deadline to inform Plaintiff of its response is **EXTENDED** to **April 1, 2026**. The deadline for Plaintiff and Carrington to email their written submissions and revised Attendance Acknowledgment Forms to Chambers at Cave_NYSDChambers@nysd.uscourts.gov and opposing counsel is **EXTENDED** to **April 2, 2026**. All other directives in the Court's scheduling order at Dkt. No. 25 remain in effect.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 32.
>
> SO ORDERED.    February 24, 2026
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

February 23, 2026

**VIA ELECTRONIC FILING**

Chambers of Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007
Telephone: 212-805-0214

Re:    **Request for Adjournment of Upcoming Settlement Conference on 2/26/2026**
      **David Scott vs. Carrington Mortgage Services; Experian – Docket No. 1:25-cv-07138-JPO-SLC**

Dear Judge Cave:

We are the attorneys for defendant Carrington Mortgage Services ("Defendant") in the abovementioned action and would like to respectfully request an adjournment of the upcoming settlement conference currently scheduled to be held on February 26, 2026. Following the dissolution of McGlinchey Stafford, PLLC, this matter was transferred to our firm for handling on February 2, 2026. Defendant and plaintiff David Scott ("Plaintiff") are still in the process of completing discovery and Defendant has provided documents in response to document production to Plaintiff on February 23, 2026. The attorney handling this action, Melisa Zukic, Esq., is not yet admitted to the Southern District of New York. Her application for admission has been filed and is currently pending. As such, she is unable to attend the scheduled conference until she is formally admitted.

Given that Ms. Zukic is well-versed and closely involved with the details of this case, and has been directly engaged with discovery and settlement negotiations with Plaintiff's counsel, an adjournment of Thursday's settlement conference would be greatly appreciated. Defendant is committed with diligently proceeding with its defense of this action and further engaging in settlement. Plaintiff's counsel has consented to our request for adjournment.

Scott vs. Carrington Mortgage Services
February 23, 2026
Page 2

We kindly ask for the Court's consideration in granting this adjournment and apologize for any inconvenience. Thank you for your attention to this request.

Please do not hesitate to contact me should you require any additional information.

Sincerely,

/s/ Randi Kira Brown
Randi Kira Brown

cc:   All counsels of record.