# MALLON CONSUMER LAW GROUP, PLLC

550 Kinderkamack Rd, Suite 117
Oradell, NJ 07649
kmallon@consumerprotectionfirm.com

Plaintiff's request at Dkt. No. 35 is **GRANTED**.  The settlement conference previously scheduled for April 9, 2026 at 10:00 a.m. ET, (Dkt. No. 34), is **ADJOURNED** to **May 1, 2026 at 10:00 a.m. ET** and will take place by videoconference hosted by the Court on the Webex platform.  The Court reminds the parties that given the preliminary settlement agreement between Plaintiff David Scott ("Plaintiff") and Defendant Experian Information Solutions Inc. ("Experian"), (see Dkt. No. 31), Experian is not required to attend the Conference.  (Dkt. Nos. 33-24).

Further, Plaintiff's deadline to make a settlement demand to Carrington is **EXTENDED** to **April 15, 2026**.  Carrington's deadline to inform Plaintiff of its response is **EXTENDED** to **April 22, 2026**.  The deadline for Plaintiff and Carrington to email their updated written submissions and Attendance Acknowledgment Forms to Chambers at Cave_NYSDChambers@nysd.uscourts.gov and opposing counsel is **EXTENDED** to **April 23, 2026**.  All other directives in the Court's scheduling order at Dkt. No. 25 remain in effect.

The deadline for Plaintiff to file a Stipulation of Dismissal dismissing Experian shall remain **April 10, 2026**.  (Dkt. No. 33).

The Clerk of Court is respectfully directed to set this conference as a settlement conference even though it will take place remotely and to close Dkt. No. 35.

SO ORDERED.    April 3, 2026

SARAH L. CAVE
United States Magistrate Judge

April 3, 2026

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Scott v. Carrington Mortgage Services, LLC et al SDNY 1:25-cv-07138*

Dear Judge Cave:

This office represents the Plaintiff in the above-referenced matter. We write respectfully to request an adjournment of the settlement conference currently scheduled for April 9, 2026.

The basis for this request is that Plaintiff's counsel will be away on vacation and is therefore unavailable to appear.

We have conferred with counsel for Defendant, who consents to this adjournment request. The parties respectfully ask that the Court adjourn the settlement conference to a date and time convenient to the Court.

We thank the Court for its consideration of this request and apologize for any inconvenience caused by this adjournment.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
550 Kinderkamack Road, Suite 117
Oradell, NJ 07649
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Counsel for Plaintiff*