UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SCOTT,

                        Plaintiff,

        -v-                                            CIVIL ACTION NO. 25 Civ. 7138 (JPO) (SLC)

                                                       **ORDER**

CARRINGTON MORTGAGE SERVICES, LLC, <u>et</u> <u>al.</u>,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Orders at Dkt. Nos. 33 and 36, the deadline for Plaintiff David Scott ("Plaintiff") to file a Stipulation of Dismissal ("SoD") dismissing Defendant Experian Information Solutions Inc. was April 10, 2026.  (Dkt. Nos. 33; 36).  To date, Plaintiff has not filed the SoD.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** Plaintiff's deadline to file the SoD to **April 20, 2026**.

Dated:        New York, New York
              April 13, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge