# MALLON CONSUMER LAW GROUP, PLLC

550 Kinderkamack Rd, Suite 117
Oradell, NJ 07649
kmallon@consumerprotectionfirm.com

Plaintiff's request at Dkt. No. 41 is **GRANTED**. The settlement conference previously scheduled for May 1, 2026 at 10:00 a.m. ET, (Dkt. No. 36), is **ADJOURNED** to **June 12, 2026 at 2:15 p.m. ET** and will take place by videoconference hosted by the Court on the Webex platform.

Further, Plaintiff's deadline to make a settlement demand to Defendant Carrington Mortgage Services, LLC ("Carrington") is **EXTENDED** to **May 29, 2026**. Carrington's deadline to inform Plaintiff of its response is **EXTENDED** to **June 5, 2026**. The deadline for Plaintiff and Carrington to email their updated written submissions and Attendance Acknowledgment Forms to Chambers at Cave_NYSDChambers@nysd.uscourts.gov and opposing counsel is **EXTENDED** to **June 8, 2026**. All other directives in the Court's original scheduling order at Dkt. No. 25 remain in effect.

The Clerk of Court is respectfully directed to set this conference as a settlement conference even though it will take place remotely and to close Dkt. No. 41.

SO ORDERED.    April 27, 2026

SARAH L. CAVE
United States Magistrate Judge

April 24, 2026

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Scott v. Carrington Mortgage Services, LLC et al SDNY 1:25-cv-07138*

Dear Judge Cave:

This office represents the Plaintiff in the above-referenced matter. We write respectfully to request an adjournment of the settlement conference currently scheduled for May 1, 2026 at 10:00 a.m.

This is the Plaintiff's second request for an adjournment of the conference. The prior request was granted. The basis for this request is that counsel for Plaintiff will be away at an out of state legal training conference held by the National Association of Consumer Advocates. Plaintiff's counsel was unable to avoid this conflict.

We have conferred with counsel for Defendant Carrington Mortgage Services, LLC who consents to the request. No other dates will be affected by the requested adjournment. The parties respectfully ask that the Court adjourn the settlement conference to a date and time convenient to the Court.

We thank the Court for its consideration of this request and apologize for any inconvenience caused by this adjournment.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
550 Kinderkamack Road, Suite 117
Oradell, NJ 07649
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Counsel for Plaintiff*