UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SCOTT,

                              Plaintiff,

          -v-                                                    CIVIL ACTION NO. 25 Civ. 7138 (JPO) (SLC)

                                                                            **ORDER**
CARRINGTON MORTGAGE SERVICES, LLC,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The settlement conference presently scheduled for June 12, 2026 at 2:15 p.m. ET, (Dkt. No. 42), is **ADJOURNED** to **July 2, 2026 at 10:00 a.m. ET** and will take place by videoconference hosted by the Court on the Webex platform. Further, Plaintiff David Scott's ("Plaintiff") deadline to make a settlement demand to Defendant Carrington Mortgage Services, LLC ("Carrington") is **EXTENDED** to **June 18, 2026**. Carrington's deadline to inform Plaintiff of its response is **EXTENDED** to **June 24, 2026**. The deadline for Plaintiff and Carrington to email their updated written submissions and Attendance Acknowledgment Forms to Chambers at Cave_NYSDChambers@nysd.uscourts.gov and opposing counsel is **EXTENDED** to **June 25, 2026**. All other directives in the Court's original scheduling order at Dkt. No. 25 shall remain in effect.

The Clerk of Court is respectfully directed to set this conference as a settlement conference even though it will take place remotely.

Dated:      New York, New York            SO ORDERED.
            June 3, 2026

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**